CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
faytheg@potterhandy.com
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **Nowell Plaza, LLC,** a California Limited Liability Company, <br><br> Defendant. | Case 2:21-cv-00402-MCS-GJS <br><br> **Plaintiff's Application for Default Judgment by Court Against Nowell Plaza, LLC** <br><br> Date: May 3, 2021 <br> Time: 9:00 a.m. <br> Ctrm: 7C (7th Floor) |

To Defendant Nowell Plaza, LLC, and the attorneys of record, if any: Please take notice that on May 3, 2021, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, Plaintiff Orlando Garcia, will present his application for default judgment against defendant Nowell Plaza, LLC. The Clerk has previously entered the default on Nowell Plaza, LLC on March 2, 2021.

At the time and place of hearing, plaintiff will present proof of the

following matters: (1) Defendant Nowell Plaza, LLC is a business entity and not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Nowell Plaza, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $4,000.00 damages judgment against Defendant Nowell Plaza, LLC and $2,722.45 as attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendant to provide wheelchair accessible parking space at the property located at 7120 Atlantic Ave, Bell, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Nowell Plaza, LLC on April 2, 2021, by first class United States Mail, postage prepaid.

Dated: April 2, 2021                           CENTER FOR DISABILITY ACCESS

                                               By: */s/ Faythe Gutierrez*
                                               Faythe Gutierrez, Esq.,
                                               Attorney for Plaintiff

Plaintiff's Application for Default Judgment